# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAMUEL LEE HAMILTON, JR.

NO. 2026 KW 0439

**JULY 13, 2026**

---

In Re:     Samuel Lee Hamilton, Jr., applying for supervisory
           writs, 21st Judicial District Court, Parish of
           Tangipahoa, No. 1701441.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT GRANTED.** On December 30, 2025, this court ordered the
district court to act on relator's request for a copy of the **Boykin**
transcript. There is no record that the transcript has been filed
with the Tangipahoa Parish Clerk of Court and relator represents
that he has not received the transcript. Accordingly, the district
court is ordered to provide relator with the May 7, 2018, **Boykin**
transcript on or before July 31, 2026. A copy of the minute entry
documenting that the transcript was filed into the record and
forwarded to relator shall be filed in this court on or before
August 7, 2026. In the event the transcript is not produced by
July 31, 2026, the district court is ordered to file a per curiam
with this court on or before August 7, 2026, explaining the seven-
month delay in providing relator with a copy of the **Boykin**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT